CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 3 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTONIO HUGHES,<br>  Plaintiff, | Civil Action No. 7:15-cv-00347 |
| v. | **DISMISSAL ORDER** |
| DCE, *et al*,<br>  Defendant(s). | By: Michael F. Urbanski<br>   United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of July, 2015.

/s/ Michael F. Urbanski
United States District Judge